# UNITED STATES BANKRUPTCY COURT Middle   DISTRICT OF Pennsylvania

In re: Schulz, Charles A.

Debtor(s)  Case No.  1:15-bk-00132
Chapter 13

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 65000.00 | | |
| B - Personal Property | x | 5 | 6895.00 | | |
| C - Property Claimed as Exempt | x | 2 | | | |
| D - Creditors Holding Secured Claims | x | 2 | | 60307.75 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 8 | | 50,806.40 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 2 | | | 2587.29 |
| J - Current Expenditures of Individual Debtor(s) | x | 3 | | | 2437.90 |
| Total Number of Sheets of All Schedules | | 26 | | | |
| Total Assets | | | 71895.00 | | |
| Total Liabilities | | | | 111114.15 | |



# United States Bankruptcy Court
### District Of Pennsylvania

In re: Schulz, Charles A.

Middle

Debtor(s)

Case No. 1:15-bk-00132

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 12) | $ 2,587.29 |
| Average Expences (from Schedule J, Line 22) | $ 2,437.90 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR**, Form 22C Line 20) | $ 2,974.75 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 50,806.40 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ 50,806.40 |

In re: Schulz, Charles A.     Debtor(s)   Case No.   1:15-bk-00132  (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Harrisburg, Dauphin County 202 Kelker Street (Harrisburg, PA 17102) | Fee simple | | 65,000.00 | 60,307.75 |
| | | Total -> | $65,000.00 | (Report also on Summary of Schedules) |

In re:  Schulz, Charles A.                                    Debtor(s)    Case No. 1:15-bk-00132    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | | | | 10.00 |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Fulton Bank account | | 160.00 |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | | Miscellaneous household goods, furnishings, 2 tvs. No item is valued at more than $575. | | 750.00 |
| | | Desktop computer, lap top & Ipad | | 225.00 |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | | Books, pictures, art objects and records | | 300.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    1,445.00

_____ Continuation sheets attached

In re:  Schulz, Charles A.                                Debtor(s)    Case No. 1:15-bk-00132    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 06  Wearing apparel. | | | | |
| | | Miscellaneous  clothing | | 200.00 |
| 07  Furs and jewelry. | | | | |
| | | Watches and rings | | 500.00 |
| 08  Firearms and sports photographic and other hobby equipment. | x | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12  Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

2,145.00

In re: Schulz, Charles A.                    Debtor(s)   Case No. 1:15-bk-00132    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->  2,145.00

_____ Continuation sheets attached

In re:  Schulz, Charles A.                                    Debtor(s)      Case No. 1:15-bk-00132      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24  Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)      Total ->          2,145.00

_____ Continuation sheets attached

In re: Schulz, Charles A.                    Debtor(s)    Case No. 1:15-bk-00132    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Automobiles trucks trailers and other vehicles and accessories. | | 2006 Chevrolet Uplander van | | 3,500.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | | DJ equipment (amplifiers, speakers, lights, CDs, etc.) | | 750.00 |
| | | Costumes | | 500.00 |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    6,895.00

_____ Continuation sheets attached

In re: Schulz, Charles A.                          Debtor(s)   Case No. 1:15-bk-00132   (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Harrisburg, Dauphin County 202 Kelker Street (Harrisburg, PA 17102) | 11 USC § 522(d)(1) Aggregate Interest in Property Used as a Residence or Burial Plot | 60,307.75 | 65,000.00 |
| | 11 USC § 522(d)(5) Aggregate Interest in Property | 10.00 | 10.00 |
| Fulton Bank account | 11 USC § 522(d)(5) Aggregate Interest in Property | 160.00 | 160.00 |
| Miscellaneous household goods, furnishings, 2 tvs. No item is valued at more than $575. | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods Wearing Apparel Appliances Books Animals Crops or Musical Instruments | 750.00 | 750.00 |
| Miscellaneous  clothing | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods Wearing Apparel Appliances Books Animals Crops or Musical Instruments | 200.00 | 200.00 |
| Watches and rings | 11 USC § 522(d)(4) Aggregate Interest in Jewelry | 500.00 | 500.00 |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 Chevrolet Uplander van | 11 USC § 522(d)(2) Motor Vehicle | 3,500.00 | 3,500.00 |
| DJ equipment (amplifiers, speakers, lights, CDs, etc.) | 11 USC § 522(d)(6) Aggregate Interest in Implements Professional Books or Tools of the Trade | 750.00 | 750.00 |
| Desktop computer, lap top & Ipad | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods Wearing Apparel Appliances Books Animals Crops or Musical Instruments | 225.00 | 225.00 |
| Books, pictures, art objects and records | 11 USC § 522(d)(3) Aggregate Value of Household Furnishings and Goods Wearing Apparel Appliances Books Animals Crops or Musical Instruments | 300.00 | 300.00 |
| Costumes | 11 USC § 522(d)(6) Aggregate Interest in Implements Professional Books or Tools of the Trade | 500.00 | 500.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re: Schulz, Charles A.                                   Debtor(s)  Case No.  1:15-bk-00132

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  8845 | | | VALUE $ 65,000.00 | 5,301.65 | | |
| Capital One Bank (USA) NA 4851 Cox Road Glen Allen VA 23060 | | | Civil judgment - 09/14/2014 202 Kelker Street Harrisburg, PA 17102 | | | |
| A/C #  6060 | | | VALUE $ 65,000.00 | 30,260.44 | | |
| CitiMortgage, Inc. 1000 Technology Drive O'Fallon MO 63368 | | | Mortgage - 4/24/1996 202 Kelker Street Harrisburg, PA 17102 | | | |
| A/C # | | | VALUE $ | | | |
| Edwin A. Abrahamsen & Asso Michael F. Ratchford Esqui 120 North Keyser Avenue Scranton PA 18504 | | | Collection agent and atttorney for Captial One Bank (USA) NA - Information only | | | |
| A/C # | | | VALUE $ | | | |
| Fisery Lending Solutions PO Box 2590 Chicago IL 60690 | | | Collection agent for PSECU - Information only | | | |
| A/C #  1813 | | | VALUE $ 65,000.00 | 19,284.35 | | |
| PSECU 1 Credit Union Place Harrisburg PA 17110 | | | Mortgage - home equity loan - 10/02/2007 202 Kelker Street Harrisburg, PA 17102 | | | |
| A/C # | | | VALUE $ | | | |
| Patenaude & Felix APC Gregg L Morris Esquire 213 East Main Street Carnegie PA 15106 | | | Attorney for TD Bank USA NA -Target Visa - Information only | | | |
| A/C # | | | VALUE $ | | | |
| Phelan Hallinan LLP Paul Cressman Esquire 1617 JFK Boulevard Suite 1 One Penn Center Plaza Philadelphia PA 60690 | | | Attorney for CitiMortgage Inc. - Foreclosure action - 2014-CV-8462 Information only | | | |

|  | | |
|---|---|---|
| Subtotal -> (Total of this page) | 54,846.44 | 0.00 |
| Total -> | 54,846.44 | 0.00 |

X ____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)   (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: Schulz, Charles A.                          Debtor(s)   Case No. 1:15-bk-00132

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   7544 | | | VALUE $    65,000.00 | 5,461.31 | | |
| TD Bank USA NA<br>PO Box 660170<br>Dallas TX 25266-0170 | | | Civil judgment - 01/28/2014<br>202 Kelker Street<br>Harrisburg, PA 17101 | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

|  | Subtotal -><br>(Total of this page) | 5,461.31 | 0.00 |
|---|---|---|---|
|  | Total -> | 60,307.75 | 0.00 |

_____  Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)        (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: Schulz, Charles A. _____ Debtor(s)  Case No. 1:15-bk-00 _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $12,475* per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to $2775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

[ ] **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | Total -> | Total -> | |
| | | | | | | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | | | |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.)  Total -> | | | | | | |
| (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total -> | | | |

In re: Schulz, Charles A.                    Debtor(s)    Case No. 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1127604<br><br>AMCOL Systems<br>PO Box 1022<br>Wixom MI 48393-1022 | | | Collection agent - Pinnacle Health - information only | $ | |
| 8267<br><br>ARS National Services Inc<br>PO Box 463023<br>Escondido CA 92046-3023 | | | Collection agent - Original creditor Citibank N.A./Citi AAdvantage World Mastercard - Information only | | |
| 6791<br><br>AT&T Mobility<br>17000 Cantrell Road<br>Little Rock AR 72223 | | | Various - telephone bill | | 114.39 |
| 4478<br><br>Alder Health Services Inc<br>100 North Cameron Street<br>Suite 301E<br>Harrisburg PA 17101 | | | Medical bill | | 321.00 |
| 1642<br><br>Allied Interstate Collect<br>PO Box 361567<br>Columbus OH 43236 | | | Collection agent - Information only | | |
| 4295<br><br>Asset Recovery Solutions<br>2200 East Devon Ave Ste 2<br>Des Plaines IL 60018-4501 | | | Collection agent for Bureaus Investment Group Portfolio No 15 LLC - Information only | | |

X ___ continuation sheets attached.

|  | | |
|---|---|---|
| Subtotal | $ | 435.39 |
| Total | $ | 435.39 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Schulz, Charles A.                    **Debtor(s)**    **Case No.** 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 7245<br>Best Buy<br>Capital One Retail Servic<br>PO Box 30253<br>Salt Lake City UT 84130 | | | Various - credit card | | 2,956.00 |
| 0521<br>Bon Ton<br>Capital One<br>PO Box 30253<br>Salt Lake City UT 84130 | | | Various - credit card | | 1,079.00 |
| 0001<br>Boscovs<br>PO Box 5893<br>Carol Stream IL 60197-589 | | | Information only - Account sold to Bureaus Inivestment G4roup Portfolio NO 15 LLC | | |
| 8570<br>Bureaus Investment Group<br>2094 Myrtlewood Drive<br>Montgomery AL 36111 | | | Purchased debt from Boscov's | | 973.00 |
| 2042<br>CACH LLC<br>4340 South Monaco<br>Second Floor<br>Denver CO 80237 | | | Purchased account from HSBC | | 2,957.00 |
| 90571<br>Calcagno & Rossi<br>Vein Treatment Center<br>2025 Technology Parkway<br>Suite 304<br>Mechanicsburg PA 17050 | | | Medical bill | | 45.00 |

X ___ continuation sheets attached.

Subtotal $ 8,010.00

Total $ 8,445.39

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Schulz, Charles A.                              **Debtor(s)**    **Case No.** 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Capital One Bank 4851 Cox Road Glen Allen VA 23060 | | | See Schedule D | $ | |
| 09060 Capital Tax Collection Bu 2301 North 3rd Street Harrisburg PA 17110-1893 | | | Various - per capita | | 700.60 |
| 3371 Citi Premier/Expedia PO Box 6062 Sioux Falls SD 57117 | | | Various - credit card | | 5,097.88 |
| 6395 Comenity Bank Recovery Department PO Box 182124 Columbus OH 43218-2124 | | | Various - credit card - original creditor | | |
| 2001-4 Credit Collection Service PO Box 9134 Needham Heights MA 02494- | | | Collection agent for Infinity Insurance Companies - information only | | |
| 7146 Expedia Citi Cards PO Box 18311 Columbus OH 43218 | | | Various - credit card | | 5,097.00 |

X___ continuation sheets attached.

Subtotal $ 10,895.48

Total $ 19,340.87

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Schulz, Charles A.                    Debtor(s)    Case No. 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 335 506 395 <br> Express <br> PO Box 650671 <br> San Antonio TX 78265 | | | Various - credit card | | 895.00 |
| 9047 <br> GECF/Lowes <br> PO Box 965005 <br> Orlando Florida 32896 | | | Various - credit card | | 2,386.92 |
| 2001-4 <br> Infinity Insurance Compan <br> PO Box 830807 <br> Birmingham AL 35283-0187 | | | Insurance premium | | 110.48 |
| 8912 <br> J A Cambece <br> 200 Cummings Center <br> Suite 173 D <br> Beverly MA 01915 | | | Collection agent for CACH LLC - information only | | |
| 0560 <br> Lowes Business Account <br> PO Box 530970 <br> Atlanta GA 30353 | | | Various - credit card | | 2,386.00 |
| 4122 <br> Monarch Recovery Manageme <br> 10965 Decatur Road <br> Philadelphia PA 19154 | | | Collection agent - Sams Club Credit - information only | | |

X ____ continuation sheets attached.

Subtotal  $   5,778.40

Total  $   25,119.27

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Schulz, Charles A.                    Debtor(s)       Case No. 1:15-bk-0       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0560 <br> Monarch Recovery Mgmt Inc <br> PO Box 21089 <br> Philadelphia PA 19114-058 | | | Collection agent - Lowes Business card - Synchrony Bank formerly GE Capital Retail | | |
| 18906541 <br> National Enterprise Syste <br> 29125 Solon Road <br> Solon OH 44139-3442 | | | Collection agent - Sams Club Credit - information only | | |
| Northland Group <br> PO Box 390905 <br> Minneapolis  MN 55439 | | | Collection agent - Original creditor Citi AAdvantage World Mastercard - Information only | | |
| 71008 <br> PPL Electric Utilities <br> 827 Hausman Road <br> Allentown PA 18104-9392 | | | Utility bill | | 315.40 |
| 1813 <br> PSECU <br> 1 Credit Union Place <br> Harrisburg PA 17110 | | | Signature loan | | 9,334.00 |
| 1189 <br> PSECU <br> 1 Credit Union Place <br> Harrisburg PA 17110 | | | Various - Visa card | | 9,871.00 |

X
___   continuation sheets attached.

Subtotal $ 19,520.40

Total $ 44,639.67

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Schulz, Charles A.                    Debtor(s)     Case No. 1:15-bk-0     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2866 <br> Pathology Associates of Centeral PA <br> 4520 Union Deposit Road <br> Harrisburg PA 17111-2910 | | | Medical bill | | 3.95 |
| Penn Credit <br> PO Box 988 <br> Harrisburg PA 17108-0988 | | | Collection agent - Pinnacle Health - information only | | |
| Pier One <br> Commenity Bank <br> PO Box 182789 <br> Columbus OH 43218 | | | Various - credit card | | 276.00 |
| 431679 <br> Pinnacle Health Cardiovas <br> 1000 North Front Street <br> Wormleysburg PA 17043 | | | Medical bill | | 174.90 |
| 9107 <br> Pinnacle Health Emergency <br> 6880 West Snowville Road <br> Brecksville OH 44141-3255 | | | Medical bill | | 21.65 |
| 354225 <br> Pinnacle Health Hospitals <br> PO Box 2353 <br> Harrisburg PA 17105 | | | Various - medical bills | | 1,337.23 |

X ___ continuation sheets attached.

Subtotal $ 1,813.73

Total $ 46,453.40

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Schulz, Charles A.                          Debtor(s)        Case No. 1:15-bk-0        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 6395<br>Portfolio Recovery Associ<br>120 Corporate Boulevard<br>Norfolk VA 23502 | | | Purchased debt from Comeneity Bank/World Financial Network Bank | | 1,967.76 |
| 2837<br>Professional Bureau of Collections of Maryland I<br>PO Box 628<br>Elk Grove CA 95759 | | | Collection agent - Comenity Bank - information only | | |
| 6005<br>RMS<br>PO Box 5471<br>Mount Laurel NJ 08054 | | | Collection agent - Verizon - information only | | |
| Riverside Anesthesia<br>1 Rutherford Road<br>Suite 101<br>Harrisburg PA 17109 | | | Medical bill | | 52.20 |
| 0671<br>Sams Club Credit<br>GE Captial Retail Bank<br>Attn: Bankruptcy Departme<br>PO Box 103104<br>Roswell GA 30076 | | | Various - credit card | | 1,817.61 |
| 8898<br>Solomon & Solomon PC<br>Five Columbia Circle<br>Albany NY 12203 | | | Collection agent - Verizon - information only | | |

X
___ continuation sheets attached.

Subtotal $  3,837.57

Total $  50,290.97

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Schulz, Charles A.          Debtor(s)    **Case No.** 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2360167<br>Stoneleigh Recovery Assoc<br>PO Box 1479<br>Lombard IL 60148-8479 | | | Collection agent for Bureaus Investment Group Portfolio No 15 LLC - Information only | $ | |
| 7155<br>Sunrise Credit Services I<br>PO Box 9100<br>Farmingdale NY 11735-9100 | | | Collection agent - Verizon - information only | | |
| Target Visa<br>TD Bank USA<br>PO Box 660170<br>Dallas TX 17102 | | | See Schedule D | | |
| 41524<br>The Bureaus<br>650 Dundee Road<br>Suite 370<br>Northbrook IL 60062 | | | Original creditor Boscovs - Information only | | |
| 00529Y<br>Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Springs MO 63304 | | | Various - telephone bill | | 276.99 |
| 5856<br>Vision Financial Corporat<br>PO Box 7477<br>Rockford IL 61126-7477 | | | Collection agent for Commenity Bank (Pier One) - information only | | |

X   continuation sheets attached.

Subtotal $    276.99

(Use only on last page of the completed Schedule F.)    Total $    50,567.96
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)


**In re:** Schulz, Charles A.                                    **Debtor(s)**    **Case No.** 1:15-bk-0    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4189<br>West Shore Surgery Center<br>2015 Technology Parkway<br>Mechanicsburg PA 17050 | | | Medical bill | | 238.44 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

|  | Subtotal | $ | 238.44 |
|---|---|---|---|
|  | Total | $ | 50,806.40 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Schulz, Charles A.      Debtor(s)   Case No.   1:15-bk-00132   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re:   Schulz, Charles A.                    Debtor(s)   Case No. 1:15-bk-0        (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

 **Blumberg** Excelsior, Inc., Publisher, NYC 10013

**Fill in this information to identify your case:**

Debtor 1 Schulz, Charles A.

Debtor 2
(Spouse if filling)

United States Bankruptcy Court for the:     Middle     District of Pennsylvania
Case number   1:15-bk-00132
(If known)

Check if this is:

☐ A supplement showing chapter 13 income as of the following date:

_____
MM / DD /YYYY

Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are seperated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a seperate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | [X] Employed | [ ] Employed |
| | [ ] Not Employed | [ ] Not Employed |

**Occupation**     Framing associate

**Employer's name**     Paper Lion Framing/s

**Employer's address**     1217 Hummel Avenue
Lemoyne
PA 17043

**How long employed there?**     4 months/14 yea

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**    If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $     1794.00 | $ |
| **3. Estimate and list monthly overtime pay.** | 3. | + $ | + $ |
| **4. Calculate gross income. Add line 2 + line 3.** | 4. | $     1794.00 | $        0.00 |

Case 1:15-bk-00132-HWV    Doc 20    Filed 03/01/15    Entered 03/01/15 19:35:39    Desc
Main Document      Page 25 of 29


Debtor 1    Schulz, Charles A.                    Case number (if known)    1:15-bk-00132

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 1794.00 | $      0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $   387.46 | |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| | 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| | 5e. Insurance | 5e. | $ | $ |
| | 5f. Domestic support obligations | 5f. | $ | $ |
| | 5g. Union dues | 5g. | $ | $ |
| | 5h. Other deductions. Specify: | 5h. + $ | | $ |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h | 6. | $   387.46 | $      0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1406.54 | $      0.00 |
| 8. | **List all other income regulary received:** | | | |
| | **8a. Net income from rental property and from operating a business. profession or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| | **8b. Interest and dividends** | 8b. | $ | $ |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| | **8d. Unemployment compensation** | 8d. | $ | $ |
| | **8e. Social Security** | 8e. | $ | $ |
| | **8f. Other government assistance that you regulary receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Progrem) or housing subsidies Social Security Specify: | 8f. | $ 1065.00 | $ |
| | **8g. Pension or retirement income** | 8g. | $ | $ |
| | **8h. Other monthly income. Specify:** Self-employment | 8h. + $  115.75 | | + $ |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1180.75 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2587.29 | $ 0.00 | $ 2587.29 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** | | | |
| | Include contributions from an unmarried partner, members of your hosehold, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | | 11. | $ |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**    The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | | 12. | $    2587.29 |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** | | | |

☐ **No.**

☒ **Yes. Explain:**   Self employment income or overtime of approximately $50.00/month.

Blumberg Excelsior, Inc., Publisher, NYC 10013



**Fill in this information to identify your case:**

Debtor 1    Schulz, Charles A.

Debtor 2
(Spouse if filling)

United States Bankruptcy Court for the:    Middle    District of    Pennsylvania
Case number    1:15-bk-00132
(If known)

Check if this is:

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |

**1.  Is this a joint case?**

☒ **No** Go to line 2.

☐ **Yes. Does Debtor 2 live in a separate household?**

☐ **No**

☐ **Yes. Debtor 2 must file a separate Schedule J.**

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ **No**

☐ **Yes. Fill out information for each dependant ..............**

| Dependents relationship to Debtor1 or Debtor2 | Dependents age | Does dependant live with you? |
|---|---|---|
| _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | ☐ Yes ☐ No |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ **No**
☐ **Yes**

| Part 2: | Estimate Your Ongoing Monthly Expenses |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Official Form B 6J                    **Schedule J: Your Expenses**                    page 1



Debtor 1   Schulz, Charles A.                    Case number   (If known)    1:15-bk-00132

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.** | 4. $ 571.90 |
|  | If not included in line 4: | |
|  | 4a. Real estate taxes | 4a. $ |
|  | 4b. Property, homeowner's, or renter's insurance | 4b. $ |
|  | 4c. Home maintenance, repair, and upkeep expenses | 4c. $ |
|  | 4d. Homeowner's association or condominium dues | 4d. $ |
| 5. | **Additional mortgage payments for your residence, such as home equity loans** | 5. $ 222.00 |
| 6. | **Utilities:** | |
|  | 6a. Electricity, heat, natural gas | 6a. $ 275.00 |
|  | 6b. Water, sewer, garabe collection | 6b. $ 68.00 |
|  | 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. $ 112.46 |
|  | 6d. Other, Specify: | 6d. $ |
| 7. | **Food and housekeeping supplies** | 7. $ 300.00 |
| 8. | **Childcase and children's education costs** | 8. $ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 100.00 |
| 10. | **Personal care products and services** | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | 11. $ 100.00 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.** | 12. $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines and books** | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 40.00 |
| 15. | **Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.** | |
|  | 15a. Life insurance | 15a. $ |
|  | 15b. Health insurance | 15b. $ 152.37 |
|  | 15c. Vehicle insurance | 15c. $ 83.17 |
|  | 15d. Other insurance. Specify: | 15d. $ |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** **Specify:**   School District | 16. $ 13.00 |
| 17. | **Installments or lease payments:** | |
|  | 17a. Car payments for vehicle 1 | 17a. $ |
|  | 17b. Car payments for vehicle 2 | 17b. $ |
|  | 17c. Other. Specify: | 17c. $ |
|  | 17d. Other. Specify: | 17d. $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. $ |
| 19. | **Other payments you make to support others who do not live with you.** **Specify:** | 19. $ |

Official Form B 6J                    **Schedule J: Your Expenses**                    page 2



Debtor 1   Schulz, Charles A.                    Case number   (If known)        1:15-bk-00132

| | Your expenses |
|---|---|

**20.**     **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property      20a. $

20b. Real estate taxes      20b. $

20c. Property, homeowner's, or renter's insurance      20c. $

20d. Maintenance, repair, and upkeep expenses      20d. $      50.00

20e. Homeowner's association or condominium dues      20e. $

20f. Other

     $

     $

     $

     $

**21.**     **Other. Specify:**      21. +$

**22.**     **Your monthly expenses. Add lines 4 through 21.**
**The result is your monthly expenses.**      22. $      2437.90

**23.**     **Calculate your monthly net income:**

23a. Copy line 12 (your combined monthly income) from Schedule I.      23a. $      2587.29

23b. Copy your monthly expenses from line 22 above.      23b. -$      2437.90

23c. Subtract your monthly expenses from your monthly income.
*The result is your monthly net income.*      23c. $      149.39

**24.**     **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.

Explain here: