IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 1:15-bk-00132 HWV |
| CHARLES A SCHULZ, ) | |
| ) | CHAPTER 13 |
| Debtors, ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ) | |
| ASSOCIATION AS TRUSTEE OF ) | |
| CHALET SERIES III TRUST, ) | |
| ) | Docket No. 57 |
| Movant, ) | |
| v. ) | |
| ) | |
| CHARLES A SCHULZ AND ) | |
| CHARLES J. DEHART, III, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, upon the Motion of U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust for Relief From The Automatic Stay, the Court HEREBY ORDERS ADJUDGES and DECREES that the Motion Is **GRANTED** and that the Movant is GRANTED RELIEF FROM THE AUTOMATIC STAY with regard to the real property located at 202 Kelker Street, Harrisburg, PA 17102 so that it may take any and all action necessary to enforce its rights and remedies under their Note, Mortgage and under applicable law.

Dated: January 21, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)