# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    CHARLES A. SCHULZ                      Case No.: 1-15-00132-HWV

                                                     Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PSECU |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 1812 L50 - PRE-ARREARS - 202 Kelker Street |
| Property Address if applicable: | 202 KELKER STREET, , HARRISBURG, PA17102 |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,079.87 |
| b. | Prepetition arrearages paid by the Trustee: | $1,079.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $444.00 |
| f. | Postpetition arrearages paid by the Trustee: | $444.00 |
| g. | Total b, d, f: | $1,523.87 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 12, 2020                               Respectfully submitted,

                                                    s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  PSECU
Court Claim Number:  07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5210 | 9003584 | 12/06/2016 | $17.11 | $0.00 | $17.11 |
| 5210 | 9003665 | 01/12/2017 | $27.58 | $0.00 | $27.58 |
| 5210 | 9003745 | 02/08/2017 | $27.59 | $0.00 | $27.59 |
| 5210 | 9003821 | 03/09/2017 | $27.58 | $0.00 | $27.58 |
| 5210 | 9003897 | 04/12/2017 | $27.58 | $0.00 | $27.58 |
| 5210 | 9003975 | 05/11/2017 | $27.59 | $0.00 | $27.59 |
| 5210 | 9004133 | 07/06/2017 | $27.58 | $0.00 | $27.58 |
| 5210 | 9004211 | 08/10/2017 | $27.59 | $0.00 | $27.59 |
| 5210 | 9004290 | 09/19/2017 | $27.58 | $0.00 | $27.58 |
| 5210 | 9004368 | 10/11/2017 | $27.59 | $0.00 | $27.59 |
| 5210 | 9004447 | 11/08/2017 | $27.46 | $0.00 | $27.46 |
| 5210 | 9004527 | 12/05/2017 | $27.47 | $0.00 | $27.47 |
| 5210 | 9004608 | 01/11/2018 | $27.47 | $0.00 | $27.47 |
| 5210 | 9004686 | 02/08/2018 | $27.46 | $0.00 | $27.46 |
| 5210 | 9004764 | 03/08/2018 | $27.47 | $0.00 | $27.47 |
| 5210 | 9004842 | 04/03/2018 | $27.47 | $0.00 | $27.47 |
| 5210 | 9005005 | 05/15/2018 | $54.93 | $0.00 | $54.93 |
| 5210 | 9005166 | 07/12/2018 | $27.46 | $0.00 | $27.46 |
| 5210 | 9005250 | 08/09/2018 | $27.47 | $0.00 | $27.47 |
| 5210 | 9005333 | 09/06/2018 | $27.46 | $0.00 | $27.46 |
| 5210 | 9005416 | 10/10/2018 | $27.47 | $0.00 | $27.47 |
| 5210 | 9005501 | 11/08/2018 | $27.35 | $0.00 | $27.35 |
| 5210 | 9005587 | 12/13/2018 | $27.35 | $0.00 | $27.35 |
| 5210 | 9005672 | 01/10/2019 | $27.35 | $0.00 | $27.35 |
| 5210 | 9005838 | 03/12/2019 | $54.70 | $0.00 | $54.70 |
| 5210 | 9005926 | 04/11/2019 | $27.35 | $0.00 | $27.35 |
| 5210 | 9006010 | 05/09/2019 | $27.35 | $0.00 | $27.35 |
| 5210 | 9006093 | 06/06/2019 | $27.35 | $0.00 | $27.35 |
| 5210 | 9006181 | 07/11/2019 | $27.35 | $0.00 | $27.35 |
| 5210 | 9006363 | 09/26/2019 | $82.05 | $0.00 | $82.05 |
| 5210 | 9006450 | 10/10/2019 | $28.64 | $0.00 | $28.64 |
| 5210 | 9006622 | 12/12/2019 | $27.41 | $0.00 | $27.41 |
| 5210 | 9006808 | 02/13/2020 | $27.41 | $0.00 | $27.41 |
| 5210 | 9007070 | 04/14/2020 | $73.25 | $0.00 | $73.25 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARLES A. SCHULZ                              Case No.: 1-15-00132-HWV
                                               Chapter 13

   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

KENT H PATTERSON, ESQUIRE            SERVED ELECTRONICALLY
221 PINE ST
HARRISBURG PA, 17101


PSECU                                SERVED BY 1ST CLASS MAIL
PO BOX 67013
HARRISBURG, PA, 17106-7013


CHARLES A. SCHULZ                    SERVED BY 1ST CLASS MAIL
202 KELKER STREET
HARRISBURG, PA 17102


I certify under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2020                  s/   Donna Schott
                                     Charles J. DeHart, III, Trustee
                                     Standing Chapter 13 Trustee
                                     Suite A, 8125 Adams Drive
                                     Hummelstown, PA 17036
                                     Phone: (717) 566-6097
                                     Fax: (717) 566-8313
                                     eMail: dehartstaff@pamd13trustee.com